IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11 CR 821 - 2 |
| vs. | ) | |
| | ) | Hon. Amy J. St. Eve |
| | ) | |
| TYRITA MYERS | ) | |

AGREED HIPAA QUALIFIED PROTECTIVE ORDER

Upon the parties' agreed motion for a protective discovery order compliant with the terms of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 C.F.R. 164.512(e)(1)(v)(A) and (B), it is hereby ordered as follows:

1. That the Bureau of Prisons and any psychiatrist, psychotherapist, forensic psychologist, physician, nurse, nurse's assistant, counselor, and any other person employed by the Bureau of Prisons (B.O.P.), shall produce the entire record of TYRITA MYERS, registration number: 44045-424, to Dr. Michael Rabin, 1950 Farnsworth Lane, #302, Northbrook, Il 60062. The materials shall include raw psychological test data and the psychiatric notes and diagnostic assessments underlying Tyrita Myers' medication regime and evaluation.

2. The materials provided pursuant to this order may be used by the parties to this litigation, their attorneys, and their employed experts, solely in connection with the litigation or proceeding for which such information was requested and for no other purpose and in connection with no other proceedings.

3. At the end of the litigation or proceeding, or the discharge of the defendant from any sentence imposed by the court, whichever is later, the materials provided pursuant to this order (including all copies made) shall be returned to the producing entity or destroyed by the receiving party or parties.

4. That the parties to this litigation shall attach a copy of this Order to any Subpoena pursuant to Illinois law directed to The Bureau of Prisons, and its agents, and intended to require the production of the records of TYRITA MYERS as referenced above.

5. That the Clerk of the United States District Court is commanded to certify this order at no charge to the Defendant as this Court has found TYRITA MYERS to be indigent and entitled to subpoenas under Federal Rule of Criminal Procedure 17.

Dated: September 3, 2013　　　　　　　　ENTER: _____
　　　　　　　　　　　　　　　　　　　　　Hon. Amy J. St. Eve,
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge